DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JODY TRAVIS WINDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0488

_____

May 2, 2025

Appeal from the County Court for Pasco County; Frank Grey, Judge.

Blair Allen, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and MORRIS and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.